240192

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-306 RHK/SRN **Case Title:** Beltone v. Starkey Laboratories

**Affidavit of Movant**

I, Joseph Sokolowski, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Terrence P. Canade, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (x)plaintiff ()defendant Beltone in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature Joseph M. Sokolowski | 178366 MN Attorney License # | 5-7-01 Date

**Affidavit of Proposed Admittee**

I, Terrence P. Canade, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Terrence P. Canade Type/Print Name | Signature | April 30, 2001 Date

Attorney License Number: 06196823

Law Firm Name & Address: Lord, Bissell & Brook
115 South LaSalle Street, Suite 3100
Chicago, Illinois 60603

Telephone: (312) 443-1862

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

MAY 08 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 08 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK